1 JOHN E. SCHREIBER, SBN 261558
jschreiber@dl.com
2 MINDY M. YU, SBN 267550
myu@dl.com
3 DEWEY & LeBOEUF LLP
333 South Grand Avenue, Suite 2600
4 Los Angeles, CA 90071-1530
Telephone: (213) 621-6000
5 Facsimile (213) 621-6100

6 Attorneys for Defendants JONES MAGAZINE,
NORTHSTAR MARKETING GROUP, INC.,
7 a/k/a THE NORTHSTAR GROUP, TRACEY FERGUSON,
and LONDELL MCMILLAN

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINDEN COLLIER d/b/a SINDEN COLLIER PHOTOGRAPHY, <br><br> Plaintiff, <br> vs. <br><br> JONES MAGAZINE, a business entity form unknown, NORTHSTAR MARKETING GROUP, INC., a/k/a THE NORTHSTAR GROUP, a New York Corporation, TRACEY FERGUSON, an individual, and DOES 1-5, inclusive <br><br> Defendants. | Case No. 10-CV-06438 JAK (PLAx) <br><br> Hon. Paul L. Abrams <br><br> ORDER GRANTING STIPULATED PROTECTIVE ORDER |

1 | Having considered the stipulated protective order, counsels' stipulation thereto, and good cause appearing therefor, the Stipulation shall become and hereby is an Order of this Court.

IT IS SO ORDERED.

Dated: June 8, 2011            BY: _____
                                   Hon. Paul L. Abrams
                                   United States Magistrate Judge