**DAVIS WRIGHT TREMAINE LLP**
865 S. FIGUEROA ST.
SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
TELEPHONE (213) 633-6800
FAX (213) 633-6899

ALONZO WICKERS IV (State Bar No. 169454)
  alonzowickers@dwt.com
KAREN A. HENRY (State Bar No. 229707)
  karenhenry@dwt.com

Attorneys for Defendants
BLACK ENTERTAINMENT TELEVISION, LLC,
BET INTERACTIVE, FILM GARDEN
ENTERTAINMENT, INC.

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINDEN COLLIER d/b/a SINDEN COLLIER PHOTOGRAPHY,<br><br>Plaintiff,<br><br>vs.<br><br>JONES MAGAZINE, a business entity form unknown; THE NORTHSTAR GROUP, a business entity form unknown TRACEY FERGUSON, an individual; L. LONDELL McMILLAN, an individual; BLACK ENTERTAINMENT TELEVISION, LLC, a limited liability company; BET NETWORKS, a business entity form unknown; BET INTERACTIVE, a limited liability company; CENTRIC, a business entity form unknown; FILM GARDEN ENTERTAINMENT, INC., a California corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. **10CV-06438 JAK (PLAx)**<br><br>**DISCOVERY MATTER**<br><br>**ORDER GRANTING FIRST AMENDED STIPULATED PROTECTIVE ORDER**<br><br>[First Amended Stipulated Protective Order Filed Concurrently]<br><br>Action Filed:  August 27, 2010 |

[PROPOSED] ORDER
DWT 18317396v1 0091444-000005

Case 2:10-cv-06438-JAK-PLA   Document 74   Filed 10/11/11   Page 2 of 2   Page ID #:389

1 |     Having considered the First Amended Stipulated Protective Order of the
2 | parties, and good cause appearing therefor, the Court hereby vacates the protective
3 | order entered on June 8, 2011, and adopts the parties' First Amended Stipulated
4 | Protective Order as the order of the Court in this matter.
5 |     IT IS SO ORDERED.

DATE:  October 11, 2011  _____
                                    Hon. Paul L. Abrams
                               United States Magistrate Judge


[PROPOSED] ORDER
DWT 18317396v1 0091444-000005

1

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899
